JS-6

1  BUCHALTER
   A Professional Corporation
2  MARK M. SCOTT (SBN: 138569)
   18400 Von Karman Avenue, Suite 800
3  Irvine, California 92612-0514
   Telephone: (949) 760-1121
4  Fax: (949) 720-0182
   Email: mscott@buchalter.com
5
   Attorneys for Plaintiff
6  Wells Fargo Equipment Finance, Inc.

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10                  **WESTERN DIVISION**

11  WELLS FARGO EQUIPMENT            CASE NO. 2:18-cv-05801-
    FINANCE, INC., a Minnesota             FMO-(AFMx)
12  Corporation,

13          Plaintiff,             **ORDER DISMISSING ACTION
                                   WITH PREJUDICE**
14      v.

15  ENERGY TRANSPORT AND
    LOGISTIC, LLC, a Delaware
16  Limited Liability Company
    also known as Energy
17  Transport and Logistics,
    LLC; GIANNI SARYAN, an
18  individual; ENERGY PRODUCT
    COMPANY, LLC, a Delaware
19  Limited Liability Company;
    and DOES 1 through 20,
20  inclusive,

21          Defendants.

22

23      Pursuant to the Parties' Stipulation to Dismiss

24  Action With Prejudice, **IT IS HEREBY ORDERED** that:

25      1.   The above-captioned action is dismissed with

26  prejudice in the entirety as to all parties and all

27  claims for relief.  Each party is to bear its own

28  respective attorneys' fees and costs.

           **ORDER DISMISSING ACTION WITH PREJUDICE**

1          2.   All pending proceedings are vacated and no

2    further proceedings shall take place in this action.

3          **IT IS SO ORDERED.**

4

5    DATED: January 9, 2019             /s/
                                   _____
6                                  Fernando M. Olguin
                                   UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

**ORDER DISMISSING ACTION WITH PREJUDICE**